UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SANTOS MARTINEZ,

                            Plaintiff,

            v.

BLIND BUILDERS USA, INC., ERIC
ROSENBERG and AKIVA SCHWARTZ
(a/k/a ALLAN SCHWARTZ),

                          Defendants.
----------------------------------------------------------------X

**STIPULATION OF DISCONTINUANCE WITH REGARD TO DEFENDANT AKIVA SCHWARTZ**

Case No. 15 CV 4695(ERK)(CLP)

      **IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and Defendant Akiva Schwartz as follows:

      1. Plaintiff's instant action against the Defendant Akiva Schwartz is hereby withdrawn and discontinued, with prejudice.

      2. This Stipulation may be executed in counterparts and facsimile and pdf signatures shall be deemed originals.

Dated: New York, New York
            November 10, 2016

MOULINOS & ASSOCIATES LLC

_____
By: Peter Moulinos, Esq.
*Attorneys for Defendant Akiva Schwartz*
150 East 58th Street – 25th Floor
New York, New York 10155
(212) 832-5981

LAW OFFICE OF JEFFREY E. GOLDMAN

_____
By: Jeffrey E. Goldman, Esq.
*Attorneys for Plaintiff*
501 Fifth Avenue – Suite 1900
New York, New York 10017
(212) 983-8999